# McKool Smith

Jared M. Hoggan
Direct Dial: (214) 978-4923
jhoggan@McKoolSmith.com

300 Crescent Court
Suite 1500
Dallas, TX 75201

Telephone: (214) 978-4000
Facsimile: (214) 978-4044

January 16, 2015

Daniel E. O'Toole, Clerk of Court
United States Court of Appeals Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439
FAX: (202) 275-9678

RE:     Openwave Systems, Inc. v. Apple, Inc., No. 2015-1108

Dear Mr. O'Toole:

Attached please find Unwired Planet, Inc.'s (f/k/a Openwave Systems, Inc.) Second Motion for Extension of Time to File Opening Brief.

This motion is being filed by facsimile today, January 16, 2015, with the original and three copies forwarded by Federal Express for delivery to the Court Tuesday. This letter and the above-identified documents are also being served on opposing counsel via facsimile transmission and Federal Express.

Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Jared M. Hoggan

JMH:
Enclosure

cc:     ***VIA FACSIMILE AND FEDERAL EXPRESS***
Bruce Wessel, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
FAX: (310) 203-7199

Daniel E. O'Toole, Clerk of Court
January 16, 2015
Page 2

cc: ***VIA FACSIMILE AND FEDERAL EXPRESS***
      Y. Ernest Hsin, Esq.
      Gibson, Dunn & Crutcher, LLP
      1881 Page Mill Road
      Palo Alto, CA 94304-1211
      FAX: (650) 849-5022